UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-22282-UU

ANDREW PICKENS,

    Plaintiff,

v.

MELANIE HYER, *et al*.,

    Defendants.

_____/

**ADMINISTRATIVE ORDER**

    THIS CAUSE comes before the Court upon the Notice of Settlement (D.E. 11)

    ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes.

All hearings are CANCELLED and pending motions are DENIED AS MOOT.

    DONE AND ORDERED in Chambers at Miami, Florida, this _20th_ day of July, 2018.

*/s/ Ursula Ungaro*
_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf